ALBERT NIESPODZIANY, Appellant, v. WALTER KOWALESKI, Respondent, and FRANCES KOWALESKA, Defendant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK FEARMAN, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. JAMES F. VALONE and CLARENCE G. PICKARD, Respondents, Impleaded with Others, Defendants.— Appeal dismissed, without costs, upon stipulation filed.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES WALLACE, as Trustee of HARRY M. GOLDEN, Bankrupt, Appellant, v. CHARLES B. GRAVES and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER ROGERS, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ODESSA LEE, Alias BILLIE PECK, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.*   Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ..

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WALDRON, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* . Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MABEL OHLQUIST, Respondent, v. CHESTER A. NORDSTROM and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed briefs by July fifteenth.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MATUSEWICZ, Appellant.— Motion granted and appeal dismissed.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ELMER E. KROLL, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by August fifteenth.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of ERNEST SCHULTZ for a Certiorari Order against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York.— Motion to dismiss certiorari order granted unless petitioner shall file typewritten records and briefs by September first.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.